# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 OCT 30 AM 8:43

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.  '07 MJ 2550 |
| ) | |
| V. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| Jose Gonzalez ) | Title 18, United States Code |
| Aka ) | Section 751(a) and 4082(a) - |
| Alfonso Quintero-Rojas ) | ESCAPE FROM FEDERAL CUSTODY |
| ) | |

The undersigned complainant, being duly sworn states:

That on or about October 28, 2007, in San Diego, California, in the Southern District of California, Jose Gonzalez aka Alfonso Quintero-Rojas did unlawfully and willfully escape from an institution in which he was confined by direction of the Attorney General, to wit: Correctional Alternatives Inc., San Diego, California, a federally contracted facility, said custody and confinement by virtue of his conviction for Revocation of Supervised Release (Title 18 USC 3606), in violation of Title 18 USC 751(a) and 4082(a).

And the complainant states that this complaint is based on the attached affidavit, which is incorporated herein by reference.

_____
Wade K. Gregg
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 29th day of October, 2007.

_____
Honorable Louisa S. Porter
United States Magistrate Judge

**AFFIDAVIT**

**Southern District of California**
**San Diego, California**

I, Wade K. Gregg, being duly sworn, hereby depose and say:

1. I am a Deputy U.S. Marshal and have been so employed for over eleven years. I am currently assigned to the San Diego Regional Fugitive Task Force.

2. This affidavit is made in support of a complaint against Jose Gonzalez aka Alfonso Quintero-Rojas for Escape from the Custody of the Attorney General, in violation of Title 18, United States Code, Section 751(a) and 4082(a).

3. On October 28, 2007, the United States Marshals Service, S/CA, received a report that Jose Gonzalez aka Alfonso Quintero-Rojas had failed to return from a community pass issued by the Correctional Alternatives Inc., San Diego, and was therefore placed on escape status. Correctional Alternatives Inc., is a federally contracted facility with the U.S. Bureau of Prisons and is also known and referred to as a Halfway House.

4. On October 29, 2007, I reviewed files from the United States Marshals Service, the United States District Court, Southern District of California, and the Correctional Alternatives Inc. My review of the files revealed the following facts:
   a. Records show that Jose Gonzalez aka Alfonso Quintero-Rojas had received a sentence of sixty three (63) months on criminal case 03CR1437-J, imposed by United States District Judge Napolean A. Jones Jr., Southern District of California, on January 8, 2004 after having been convicted of violating Title 21 USC 952,960, Importation of Cocaine and 21 USC 841(a)(1) Possession of Cocaine with Intent to Distribute.
   b. The records show that Jose Gonzalez aka Alfonso Quintero-Rojas was transferred to the Correctional Alternatives Inc. on July 2, 2007, and had a projected release date of July 26, 2007.
   c. On October 28, 2007, Jose Gonzalez aka Alfonso Quintero-Rojas was authorized to use a community pass to visit a health clinic at 138 28th Street, San Diego, CA.. The community pass was valid from 11:24 am to 03:00 pm on July 5, 2007. Jose Gonzalez aka Alfonso Quintero-Rojas failed to return to the Correctional Alternatives Inc. at the prescribed time. He had not been given approval by facility staff to leave the center or return at a later time. Contacts with local law enforcement and emergency service agencies in the San Diego area led to negative results in the whereabouts of Jose Gonzalez aka Alfonso Quintero-Rojas. A search of the surrounding area by Correctional Alternatives Inc. staff revealed that he had escaped. Jose Gonzalez aka Alfonso Quintero-Rojas current whereabouts are unknown and he remains a fugitive.
   d. As of October 29, 2007, Jose Gonzalez aka Alfonso Quintero-Rojas has not returned to the Correctional Alternatives Inc. nor has he surrendered to the United States Marshal Service or other law enforcement agencies.

Dated: October 29th, 2007

Wade K. Gregg
Deputy United States Marshal
United States Marshal Service

Subscribed and sworn to before me
on this 29th day of October, 2007.

Honorable Louisa S. Porter
United States Magistrate Judge