FILED

07 NOV 28 PM 4:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ~~PDC~~   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   07 CR 3222 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Secs. 751(a) and 4082(a) - Escape |
| JOSE GONZALEZ, aka Alfonso Quintero-Rojas, | |
| Defendant. | |

The grand jury charges:

On or about October 28, 2007, within the Southern District of California, defendant JOSE GONZALEZ, aka Alfonso Quintero-Rojas, did escape from an institution and facility in which he was confined by direction of the Attorney General, to wit, Correctional Alternatives, Inc., Community Corrections Center in San Diego, California, said custody and confinement being by virtue of a felony conviction of importation of cocaine, in violation of Title 21, United States Code, Sections 952 and 960,

//

//

CPH:nlv:San Diego
11/26/07

and possession of cocaine with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: November 28, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney

2